UNITED STATES of America, Plaintiff–Appellee,

v.

Theza FERGUSON, Defendant–Appellant.

No. 05–13282

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 16, 2006.

J. Rafael Rodriguez, Rodriguez & Fernandez PA, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before ANDERSON, BIRCH and FAY, Circuit Judges.

PER CURIAM:

Rafael Rodriguez, appointed appellate counsel for Theza Ferguson, has filed a motion to withdraw on appeal because, in his opinion, there are no issues of arguable merit on which to base the appeal. Counsel's motion is supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ferguson's conviction and sentence are **AFFIRMED.**